UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAKYRA SUTTON,

Plaintiff,

Case No. 26-cv-14025
Hon. Matthew F. Leitman

v.

LVNV FUNDING LLC,

Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

The Court acknowledges the parties' Joint Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims asserted in this action by Plaintiff Shakyra Sutton against Defendant LVNV Funding, LLC are **DISMISSED WITH PREJUDICE**.

Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 23, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 23, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126